ANHEUSER–BUSCH BREWING ASSOCIATION, Appellee, v. NIXON FULLERTON, Sheriff, Appellant.

Intoxicating Liquors: INTERSTATE COMMERCE: SEIZURE BY SEARCH-WARRANT: JUSTICE JURISDICTION: REPLEVIN.

*Appeal from Des Moines District Court.*—HON. CHARLES H. PHELPS, Judge.

THURSDAY, OCTOBER 22, 1891.

THIS is an action of replevin for one hundred and thirty-three kegs of beer. There was a trial by jury. At the close of the introduction of the evidence the defendant made a motion that the jury be instructed to return a verdict for the defendant. This motion was overruled, and a motion of the plaintiff to instruct the jury to return a verdict for the plaintiff was sustained. The defendant appeals.—*Reversed.*

*Newman & Blake,* for appellant.

*A. M. Antrobus* and *Wm. C. McArthur,* for appellee.

ROTHROCK, J.—This case presents precisely the same questions which were determined by this court in the case of *Lemp v. Fullerton, ante,* p. 192. We need not set out the facts nor reasoning upon which that opinion is based. Following that case the judgment of the district court will be reversed, and the cause remanded, with directions to enter judgment for the defendant for the value of the beer as shown by the petition, which is three hundred and seventy dollars. REVERSED.